91 F.3d 125
 Eric J. Talley
v.
Southeastern Pennsylvania Transportation Authority, L.J.
Gambaccini, as Chief Operations Officer, J. Clayton
Undercofler, III, as Chairman of Board, Earl M. Baker,
Floriana M. Bloss, Hon., Stewart R. Cades, Esquire, Lois S.
Hagerty, Thomas M. Hayward, Hon., Edmund Jones, Richard E.
Kurtz, Esquire, Godron J. Linton, Patrick H. McCarthy, Esq.,
Jettie D. Netkirk, Esq., James C. Schwartzman, Esq., Richard
Voith, Ph.D., Andrew L. Warren, Franklin
 NO. 94-2244
 United States Court of Appeals,
Third Circuit.
 June 05, 1996
 Appeal From: E.D.Pa., No. 93-cv-03060
 
 1
 AFFIRMED.